IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) ) ) |
| VS. | ) NO: 13-30025-DRH |
| FREDERICK BATHON, | ) ) ) |
| DEFENDANT. | ) ) |

## MOTION TO CONTINUE SENTENCING

Comes now the Defendant, Frederick Bathon, and respectfully moves to continue his May 21, 2013 sentencing date, and in support, he states:

1. On February 5, 2013, the Defendant waived Indictment and entered a guilty plea to a one-count Information charging a violation of the Sherman Antitrust Act in violation of 15 U.S.C. § 1.

2. The Honorable Court set sentencing for May 21, 2013.

3. While the Defendant is named alone in the Information, this case involves co-conspirators who may be charged at a later date.

4. The Defendant is currently cooperating with the Government in its efforts to bring future charges against these conspirators.

5. The parties agree that it would be both appropriate and mutually beneficial if sentencing could be placed on hold while the Defendant's cooperation remains ongoing.

6. In this regard, the Government offers no objection to this motion.

WHEREFORE, the Defendant, Fredrick Bathon, respectfully requests that his May 21, 2013 sentencing be continued for a period of approximately ninety (90) days, at which time the

status of the Defendant's cooperative efforts can be revisited.

s/Clyde L. Kuehn<br>
CLYDE L. KUEHN #1542001<br>
The Kuehn Law Firm<br>
23 Public Square, Suite 450<br>
Belleville, IL   62220<br>
Telephone: (618) 277-7260<br>
clydekuehn@kuehnlawfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2013, I electronically filed the MOTION TO CONTINUE SENTENCING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Clyde L. Kuehn<br>
CLYDE L. KUEHN #1542001<br>
The Kuehn Law Firm<br>
23 Public Square, Suite 450<br>
Belleville, IL   62220<br>
Telephone: (618) 277-7260<br>
clydekuehn@kuehnlawfirm.com