# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **vs.**                                  **CRIMINAL NO. 13-CR-30025-DRH**

**FREDERICK BATHON,**

    **Defendant.**

## ORDER

This matter comes before the Court on the government's supplemental motion for order regarding restitution, pursuant to 18 U.S.C. §3663(c)(3), 18 U.S.C. §3664(a), 18 U.S.C. §3771(d)(2) and Fed. R. Crim. P. 60 (Doc. 19). The Court, having examined the government's motion, and being fully advised in the premises, finds that the motion should be **GRANTED**.

The government provided a very complete description of its examination of the records located at the Madison County Treasurer's Office. Furthermore, the motion painstakingly describes the analysis the prosecutors, agents and the experts they consulted went through in an effort to quantify the losses attributable to the defendant and then individualize those losses to particular victims. After going through that herculean task, the government consulted with the defendant's

successor in office, a task which this Court found deficient in the last application for identical relief. While that effort took a slightly different analytical path, the ultimate conclusion led to the same result.

The Court finds that it is highly impracticable to perform a complete accounting of the losses to each individual victim given the complex issues of fact related to the large number of victims, despite the fact that the government has exercised its "best efforts" to accord crime victims their right of restitution in the instant case. It is **ORDERED, ADJUDGED AND DECREED** that no additional resources need be expended in determining the exact amount of restitution owed to each of several thousands of victims in the case; and the Court declines to order restitution in this matter.

**SO ORDERED:**

**Dated this 22nd day of April, 2013.**

Digitally signed by David R. Herndon
Date: 2013.04.22 16:02:14 -05'00'

**Chief Judge
United States District Court**