IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | NO: 13-30025-DRH |
| | ) | |
| FREDERICK BATHON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## SECOND MOTION TO CONTINUE SENTENCING

Comes now the Defendant, Frederick Bathon, by and through his attorney, Clyde L. Kuehn and respectfully moves to continue his August 30, 2013 sentencing date, and in support, he states:

1. On February 5, 2013, the Defendant waived Indictment and entered a guilty plea to a one-count Information charging a violation of the Sherman Antitrust Act in violation of 15 U.S.C. § 1.

2. Sentencing is currently set for August 30, 2013.

3. While the Defendant is named alone in the Information, this case involves co-conspirators who may be charged at a later date.

4. The Defendant is currently cooperating with the Government in its efforts to bring future charges against these conspirators.

5. The parties agree that it would be both appropriate and mutually beneficial if sentencing could be placed on hold while the Defendant's cooperation remains ongoing.

6. In this regard, the Government offers no objection to this motion.

WHEREFORE, the Defendant, Fredrick Bathon, respectfully requests that his August 30,

2013 sentencing be continued for a period of approximately ninety (90) days, at which time the status of the Defendant's cooperative efforts can be revisited.

s/Clyde L. Kuehn
CLYDE L. KUEHN #1542001
The Kuehn Law Firm
23 Public Square, Suite 450
Belleville, IL  62220
Telephone: (618) 277-7260
clydekuehn@kuehnlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2013, I electronically filed the SECOND MOTION TO CONTINUE SENTENCING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Clyde L. Kuehn
CLYDE L. KUEHN #1542001
The Kuehn Law Firm
23 Public Square, Suite 450
Belleville, IL  62220
Telephone: (618) 277-7260
clydekuehn@kuehnlawfirm.com
